NUMBER 13-08-00727-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


IN RE JUAN ANGEL GUERRA,


DISTRICT AND COUNTY ATTORNEY


FOR WILLACY COUNTY, STATE OF TEXAS


____________________________________________________________


On Motion for Stay of Execution of Order of the 197th District Court

____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam



 Juan Angel Guerra, District and County Attorney for Willacy County, State of Texas,
has filed a motion for stay of execution of order of the 197th District Court. In the motion,
Guerra requests that this Court stay an order signed on December 10, 2008, by the
Honorable J. Manuel Bañales. Guerra asserts that this stay should "last until this Court of
[A]ppeals reviews the petition for original proceedings in this court, requesting injunctive
and mandamus relief." 


 

 As an initial matter, we note that Guerra has not filed an original proceeding
stemming from the disputed order. An original proceeding must be commenced before an
appellate court can grant temporary relief under Texas Rule of Appellate Procedure 52.10. 
In re Ramirez, 133 S.W.3d 664, 664-665 (Tex. App.-Corpus Christi 2003, orig.
proceeding); In re Kelleher, 999 S.W.2d 51, 52 (Tex. App.-Amarillo 1999, orig.
proceeding); see Tex. R. App. P. 52.1, 52.10. Until an appropriate petition is filed, there
is no dispute before this Court. See In re Kelleher, 999 S.W.2d at 52.

 Because Guerra has not filed a petition for writ of mandamus, we conclude we have
no jurisdiction to consider the emergency motion. Accordingly, this matter is DISMISSED
FOR WANT OF JURISDICTION without prejudice to Guerra's right to reassert the motion
after commencing a proceeding pursuant to Texas Rule of Appellate Procedure 52.1.

 PER CURIAM


Memorandum Opinion delivered and

filed this 29th day of December, 2008.